UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 2:16-cv-01874<br><br>STIPULATED MOTION FOR EXTENSION OF TIME AND [~~PROPOSED~~] ORDER<br><br>**Noted on Motion Calendar:<br>April 18, 2017** |

## **JOINT STIPULATION**

COMES NOW plaintiff, Raju Dahlstrom, by and through his attorney, Richard L. Pope, and defendant, United States of America, stipulate and agree to a 60-day extension of time for the United States of America to file responsive pleadings to Plaintiff's complaint. Plaintiff has asserted claims against the United States and fifteen alleged employees of the Sauk-Saittle Indian Tribe of Washington pursuant to, among other things, the Federal Tort Claims Act, 28 U.S.C. § 1346 *et seq.* and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). This extension is necessary to allow the United States to adequately review the common law tort claims and respond to Plaintiff's assertions that the fifteen individual

STIPULATED MOTION FOR
EXTENSION OF TIME AND
[~~PROPOSED~~] ORDER
[Case No. 2:16-cv-01874] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

defendants were employees acting within the scope of employment on behalf of the United States.

WHEREFORE, the parties agree that the new deadline for the United States to file its responsive pleading shall be July 17, 2017.

**SO STIPULATED.**

Dated this _____ day of April, 2017.

/s/ Richard L. Pope
RICHARD L. POPE, WSBA No. 21118
Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, Suite B1-358
Bellevue, Washington 98008
Phone: 425-829-5305
Email: rp98007@gmail.com

*Attorney for Plaintiff*

**SO STIPULATED.**

Dated this 18th day of April, 2017.

ANNETTE L. HAYES
United States Attorney

/s/ Tricia Boerger
TRICIA BOERGER, WSBA No. 38581
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: tricia.boerger@usdoj.gov

*Attorneys for Defendant United States of America*

STIPULATED MOTION FOR
EXTENSION OF TIME AND
[PROPOSED] ORDER
[Case No. 2:16-cv-01874] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The Court, having reviewed the pleadings and record in this matter and the parties having stipulated and agreed, it is hereby **ORDERED** that the deadline for the United States of America to file responsive pleadings to Plaintiff's complaint is July 17, 2017.

Dated this 20th day of April, 2017.

_____
Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION FOR
EXTENSION OF TIME AND
[PROPOSED] ORDER
[Case No. 2:16-cv-01874] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970