The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:16-cv-01874-RSL<br><br>STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES AND [~~PROPOSED~~] ORDER<br><br>**NOTING DATE: JUNE 20, 2017**<br><br>**[CLERK'S ACTION REQUIRED]** |

## JOINT STIPULATION

COMES NOW plaintiff, Raju Dahlstrom, by and through his attorney, Richard L. Pope, defendant, United States of America, through its counsel, Tricia Boerger, Assistant United States Attorney, and the individual defendants, by and through their attorney, Jack W. Fiander, in this stipulated motion to extend the initial scheduling dates in this matter as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 07/27/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 08/17/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 08/28/2017 |

STIPULATED MOTION TO
EXTEND INITIAL SCHEDULING DATES
AND [~~PROPOSED~~] ORDER
[Case No. 2:16-cv-01874-RSL] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

This extension is necessary because the United States has not yet filed an answer and is still working with federal agencies to review the ten claims in this matter and respond to Plaintiff's assertions that the fifteen individual defendants were employees acting within their scope of employment on behalf of the United States. As such, the United States, and the individual defendants, are not in a position to meaningfully participate in a discovery conference, submit initial disclosures or prepare a discovery plan. The United States' responsive pleadings are due on July 17, 2017. As such, the parties are requesting an extension of time for the initial scheduling dates to allow them time to review the initial pleadings and participate meaningfully in the FRCP 26 process.

**SO STIPULATED**

Dated this 20th day of June, 2017.

        Respectfully submitted,
        ANNETTE L. HAYES
        United States Attorney

        s/ Tricia Boerger
        TRICIA BOERGER, WSBA #38581
        Assistant United States Attorney
        Western District of Washington
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: 206-553-7970
        Email: tricia.boerger@usdoj.gov

        *Attorney for Defendant United States of America*

STIPULATED MOTION TO
EXTEND INITIAL SCHEDULING DATES
AND [PROPOSED] ORDER
[Case No. 2:16-cv-01874-RSL] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**

Dated this 20th day of June, 2017.

        *s/ Richard L. Pope*
        RICHARD L. POPE, WSBA No. 21118
        Lake Hills Legal Services, P.C.
        15600 N.E. 8th Street, Suite B1-358
        Bellevue, Washington 98008
        Phone: 425-829-5305
        Email: rp98007@gmail.com

        *Attorney for Plaintiff*

**SO STIPULATED**

Dated this 20th day of June, 2017.

        *s/ Jack W. Fiander*
        JACK W. FIANDER, WSBA No. 13116
        TOWTNUK LAW OFFICES LTD
        Sacred Ground Legal Services Inc
        5808a Summitview Avenue, Ste. 97
        Yakima, WA 98908
        Phone: 509-961-0096
        Email:towtnuklaw@msn.com

        *Attorney for Individual Defendants*

STIPULATED MOTION TO
EXTEND INITIAL SCHEDULING DATES
AND [PROPOSED] ORDER
[Case No. 2:16-cv-01874-RSL] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ORDER

The Court, having reviewed the parties' stipulated motion and the record in this matter and being fully informed, finds good cause exists to extend the initial scheduling dates as requested. Counsel for the United States has not yet filed an answer or had sufficient time to review the case, such that neither party would be in a position to meaningfully participate in the FRCP 26 process. As such, and the parties having so stipulated and agreed, it is hereby ORDERED that the initial scheduling dates are extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 07/27/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 08/17/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 08/28/2017 |

DATED this 27r day of June, 2017.

_____
HONORABLE ROBERT S. LASNIK
United States District Court Judge

STIPULATED MOTION TO
EXTEND INITIAL SCHEDULING DATES
AND [PROPOSED] ORDER
[Case No. 2:16-cv-01874-RSL] - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970