The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:16-cv-01874-RSL<br><br>STIPULATED MOTION FOR EXTENSION OF TIME AND [~~PROPOSED~~] ORDER<br><br>**Noted on Motion Calendar:**<br>**July 13, 2017** |

### JOINT STIPULATION

COMES NOW Plaintiff, Raju Dahlstrom, by and through his attorney, Richard L. Pope, defendant, United States of America, and all defendants except the United States of America, by and through their attorney, Jack W. Fiander, and stipulate and agree to a 14-day extension of time for the defendants to file responsive pleadings to Plaintiff's complaint. Good cause exists for this extension because Plaintiff has expressed an intention to file an amended complaint to clarify and revise some of his claims. The parties agree that this proposal may assist in streamlining Plaintiff's claims and the defendants' response thereto.

WHEREFORE, the parties agree that the new deadline for defendants to file responsive pleadings shall be July 31, 2017.

STIPULATED MOTION FOR
EXTENSION OF TIME AND
[~~PROPOSED~~] ORDER
Case No. 2:16-cv-01874-RSL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED.**

Dated this 13th day of July, 2017.

/s/ Richard Pope
RICHARD L. POPE, WSBA No. 21118
Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, Suite B1-358
Bellevue, Washington 98008
Phone: 425-829-5305
Email: rp98007@gmail.com

*Attorney for Plaintiff*

**SO STIPULATED.**

Dated this 13th day of July, 2017.

ANNETTE L. HAYES
United States Attorney

/s/ Tricia Boerger
TRICIA BOERGER, WSBA No. 38581
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: tricia.boerger@usdoj.gov

*Attorneys for Defendant United States of America*

STIPULATED MOTION FOR
EXTENSION OF TIME AND
[PROPOSED] ORDER
Case No. 2:16-cv-01874-RSL - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED.**

Dated this 13th day of July, 2017.

*s/ Jack W. Fiander*
JACK W. FIANDER, WSBA No. 13116
5808A Summitview Avenue #97
Yakima, WA 98908
Phone: (509) 961-0096
Fax: (509) 969-4436
Email: towtnuklaw@msn.com

*Attorney for All Defendants*
*Except the United States of America*

## ORDER

The Court, having reviewed the pleadings and record in this matter and the parties having stipulated and agreed, it is hereby **ORDERED** that the deadline for all defendants to file responsive pleadings to Plaintiff's complaint is July 31, 2017.

Dated this 14th day of July, 2017.

Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION FOR
EXTENSION OF TIME AND
[PROPOSED] ORDER
Case No. 2:16-cv-01874-RSL - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970