The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:16-cv-01874-RSL<br><br>STIPULATED MOTION TO AMEND INITIAL PLEADINGS AND [~~PROPOSED~~] ORDER<br><br>**Noted on Motion Calendar:**<br>**July 31, 2017** |

## **JOINT STIPULATION**

COMES NOW Plaintiff, Raju Dahlstrom, by and through his attorney, Richard L. Pope, defendant, United States of America, by and through its attorney, Tricia Boerger, and all defendants except the United States of America, by and through their attorney, Jack W. Fiander, and stipulate to the filing of Plaintiff's Amended Complaint, a copy of which is attached hereto as Exhibit A. The parties agree that this amendment is done without waiver of any defenses or admission by Defendants of the validity of any of Plaintiff's claims.

STIPULATED MOTION TO
AMEND INITIAL PLEADINGS
AND [~~PROPOSED~~] ORDER
Case No. 2:16-cv-01874-RSL - 1

Richard L. Pope, Jr.
Lake Hills Legal Services PC
15600 N.E. 8th Street, Suite B1-358
Bellevue, Washington 98008
425-829-5305

**SO STIPULATED.**

Dated this 31st day of July, 2017.

                */s/ Richard Pope*
                RICHARD L. POPE, WSBA No. 21118
                Lake Hills Legal Services, P.C.
                15600 N.E. 8th Street, Suite B1-358
                Bellevue, Washington 98008
                Phone: 425-829-5305
                Email: rp98007@gmail.com

                *Attorney for Plaintiff*

**SO STIPULATED.**

Dated this 31st day of July, 2017.

                ANNETTE L. HAYES
                United States Attorney

                */s/ Tricia Boerger*
                TRICIA BOERGER, WSBA No. 38581
                Assistant United States Attorney
                United States Attorney=s Office
                700 Stewart Street, Suite 5220
                Seattle, Washington 98101-1271
                Phone: 206-553-7970
                Email: tricia.boerger@usdoj.gov

                *Attorneys for Defendant United States of America*

STIPULATED MOTION TO
AMEND INITIAL PLEADINGS
AND [PROPOSED] ORDER
Case No. 2:16-cv-01874-RSL - 2

Richard L. Pope, Jr.
Lake Hills Legal Services PC
15600 N.E. 8th Street, Suite B1-358
Bellevue, Washington 98008
425-829-5305

**SO STIPULATED.**

Dated this 31st day of July, 2017.

*s/ Jack W. Fiander*
JACK W. FIANDER, WSBA No. 13116
5808A Summitview Avenue #97
Yakima, WA 98908
Phone: (509) 961-0096
Fax: (509) 969-4436
Email: towtnuklaw@msn.com

*Attorney for All Defendants*
*Except the United States of America*

STIPULATED MOTION TO
AMEND INITIAL PLEADINGS
AND [PROPOSED] ORDER
Case No. 2:16-cv-01874-RSL - 3

Richard L. Pope, Jr.
Lake Hills Legal Services PC
15600 N.E. 8th Street, Suite B1-358
Bellevue, Washington 98008
425-829-5305

## ORDER

The Court, having reviewed the pleadings and record in this matter and the parties having stipulated and agreed to the proposed Amended Complaint, it is hereby **ORDERED** that Plaintiff shall be allowed to file an Amended Complaint in the form attached as Exhibit A to the stipulated motion. Plaintiff shall file the Amended Complaint within 14 days of the date of this Order.

Dated this 3rd day of Aug., 2017.

_____
Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION TO
AMEND INITIAL PLEADINGS
AND [PROPOSED] ORDER
Case No. 2:16-cv-01874-RSL - 4

Richard L. Pope, Jr.
Lake Hills Legal Services PC
15600 N.E. 8th Street, Suite B1-358
Bellevue, Washington 98008
425-829-5305