The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 2:16-cv-01874-RSL<br><br>STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER<br><br>**Noted on Motion Calendar:**<br>**August 25, 2017** |

## JOINT STIPULATION

COMES NOW Plaintiff, Raju Dahlstrom, by and through his attorney, Richard L. Pope, defendant, United States of America, through its counsel, Tricia Boerger, and stipulate and agree to a 3-day extension of time for the defendants to file responsive pleadings to Plaintiff's amended complaint. This extension is necessary because of the complexity of the pleadings in this matter. The United States' responsive pleadings are due on August 29, 2017.

WHEREFORE, the parties agree that the new deadline for defendants to file responsive pleadings shall be September 1, 2017.

\\
\\
\\

STIPULATED MOTION FOR
EXTENSION OF TIME AND
[PROPOSED] ORDER
Case No. 2:16-cv-01874-RSL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED.**

Dated this 25th day of August, 2017.

        /s/ Richard Pope
RICHARD L. POPE, WSBA No. 21118
Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, Suite B1-358
Bellevue, Washington 98008
Phone: 425-829-5305
Email: rp98007@gmail.com

*Attorney for Plaintiff*

**SO STIPULATED.**

Dated this 25th day of August, 2017.

ANNETTE L. HAYES
United States Attorney

        /s/ Tricia Boerger
TRICIA BOERGER, WSBA No. 38581
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: tricia.boerger@usdoj.gov

*Attorneys for Defendant United States of America*

STIPULATED MOTION FOR
EXTENSION OF TIME AND
[PROPOSED] ORDER
Case No. 2:16-cv-01874-RSL - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## ORDER

The Court, having reviewed the pleadings and record in this matter and the parties having stipulated and agreed, it is hereby **ORDERED** that the deadline for the United States to file responsive pleadings to Plaintiff's complaint is September 1, 2017.

Dated this 29th day of August, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION FOR
EXTENSION OF TIME AND
[PROPOSED] ORDER
Case No. 2:16-cv-01874-RSL - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970