The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:16-cv-01874-RSL<br><br>JOINT RESPONSE TO ORDER TO SHOW CAUSE AND STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES AND [~~PROPOSED~~] ORDER |

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW plaintiff, Raju Dahlstrom, by and through his attorney, Richard L. Pope, defendant, United States of America, through its counsel, Tricia Boerger, Assistant United States Attorney, and the individual defendants, by and through their attorneys, Thomas Nedderman and Jack W. Fiander, jointly in response the Order to Show Cause dated December 15, 2017.

JOINT RESPONSE TO ORDER
TO SHOW CAUSE AND STIPULATED
MOTION TO EXTEND INITIAL SCHEDULING
DATES AND [PROPOSED] ORDER
[Case No. 2:16-cv-01874-RSL] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

The parties regret and apologize for failing to comply with the Court's scheduling dates or request an extension in advance of the deadline for filing a Joint Status Report. This was the result of inadvertence rather than a failure to attend to the issues in this case.

The parties have been attendant to this case and have prepared extensive briefing for the Court on several issues. In particular, the parties dispute whether subject matter jurisdiction exists, whether discovery is appropriate prior to a determination of jurisdiction, and whether leave to file a second amended complaint should be granted. Two motions are pending on these issues, the United States' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) (Dkt. No. 38), and Plaintiff's Motion for Leave to File a Second Amended Complaint (Dkt. No. 47). The Court has already considered and granted in part and denied in part Plaintiff's Motion to Deny or Continue the United States' Motion to Dismiss in which Plaintiff requested an opportunity to conduct general discovery before the motion was decided (Dkt. Nos. 39 and 46). The Court denied that request. Therefore, the outcome of these motions directly correlate to the parties' ability to fully assess the nature, extent and timing of any discovery in this matter.

**STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES**

The parties respectfully stipulate and move for an order extending the initial scheduling dates by 60 days from the date of any Order granting this motion. An extension is necessary to allow time for the pending motions to be considered and to allow the parties to meaningfully participate in a discovery conference, submit initial

JOINT RESPONSE TO ORDER
TO SHOW CAUSE AND STIPULATED
MOTION TO EXTEND INITIAL SCHEDULING
DATES AND [PROPOSED] ORDER
[Case No. 2:16-cv-01874-RSL] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

disclosures or prepare a discovery based upon the pleadings and issues that result from the pending motions.

**SO STIPULATED**

Dated this 21st day of December, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA No. 38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: tricia.boerger@usdoj.gov

*Attorney for Defendant United States of America*

**SO STIPULATED**

Dated this 21st day of December, 2017.

*s/ Richard L. Pope*
RICHARD L. POPE, WSBA No. 21118
Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, Suite B1-358
Bellevue, Washington 98008
Phone: 425-829-5305
Email: rp98007@gmail.com

*Attorney for Plaintiff*

JOINT RESPONSE TO ORDER
TO SHOW CAUSE AND STIPULATED
MOTION TO EXTEND INITIAL SCHEDULING
DATES AND [PROPOSED] ORDER
[Case No. 2:16-cv-01874-RSL] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**

Dated this day of December, 2017.

*s/ Thomas Nedderman*
THOMAS NEDDERMAN, WSBA No. 28944
FLOYD, PFLUEGER & RINGER P.S.
200 W. Thomas Street, Suite 500
Seattle, Washington 98119
Phone: 206-441-4455
Fax: 206-441-8484
Email:tnedderman@floyd-ringer.com

*Attorney for Individual Defendants*

JOINT RESPONSE TO ORDER
TO SHOW CAUSE AND STIPULATED
MOTION TO EXTEND INITIAL SCHEDULING
DATES AND [PROPOSED] ORDER
[Case No. 2:16-cv-01874-RSL] - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The Court, having reviewed the parties' joint response to the Order to Show Cause and the record in this matter, and being fully informed, hereby VACATES the Order to Show Cause and hearing noted for January 5, 2017.

Further, the Court finds that good cause exists to extend the initial scheduling dates by 60 days from the date of this Order.

As such, and the parties having so stipulated and agreed, it is hereby ORDERED that the initial scheduling dates are extended for 60 days from the date of this Order.

DATED this 5th day of January, 2018.

_____
ROBERT S. LASNIK
United States District Court Judge

JOINT RESPONSE TO ORDER
TO SHOW CAUSE AND STIPULATED
MOTION TO EXTEND INITIAL SCHEDULING
DATES AND [PROPOSED] ORDER
[Case No. 2:16-cv-01874-RSL] - 5

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970