UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>                Plaintiff,<br><br>      v.<br><br>UNITED STATES, *et al.*,<br><br>                Defendants. | CASE NO. 2:16-cv-01874-RSL<br><br>STIPULATED MOTION TO STAY PROCEEDINGS DUE TO LAPSE IN APPROPRIATIONS<br>AND ORDER |

**STIPULATED MOTION FOR A STAY DUE TO LAPSE OF APPROPRIATIONS**

COMES NOW the parties, by and through counsel, and jointly move for a stay of all proceedings, except the individual defendants' motion for summary judgment (Dkt. No. 82) noted for January 25, 2019. The stay is requested in light of the lapse of government appropriations that funds the Department of Justice ("Department").

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department expired and appropriations to the Department lapsed. The lapse has continued for thirty-three days and the Government does not know when funding will be restored by Congress.

STIPULATED MOTION TO STAY
AND [PROPOSED] ORDER - 1
2:16-cv-01874-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

2. Absent an appropriation, Department attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The parties have conferred and agree that all proceedings in this matter should be stayed in light of Government counsel's inability to participate in the proceedings until appropriations are restored. However, the parties also agree that the individual defendants' motion for summary judgment (Dkt. No. 82), noted for January 25, 2019, may proceed upon written briefing. If oral argument and/or any type of discovery or additional briefing is granted by the Court, then Government counsel wishes to be able to fully participate. However, the Government has not taken a position or filed a response to the individual defendants' motion for summary judgment and does not need to participate in that motion based upon the briefing filed to date.

4. Therefore, the Government, with Plaintiff's agreement, is requesting a stay of all proceedings, except as indicated above, until Congress has restored appropriations to the Department.

5. If this motion for a stay is granted, Government counsel will notify the Court as soon as Congress has appropriated funds for the Department.

Therefore, although we regret any disruption caused to the Court and other litigants, the parties hereby move for a stay of proceedings until Department attorneys are permitted to resume their usual civil litigation functions.

//

STIPULATED MOTION TO STAY
AND [PROPOSED] ORDER - 2
2:16-cv-01874-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | DATED this 23rd day of January, 2019. |
| 2 | **SO STIPULATED** |
| 3 | |
| 4 | BRIAN T. MORAN<br>United States Attorney |
| 5 | |
| 6 | *s/* Tricia Boerger<br>TRICIA BOERGER, WSBA No. 38581 |
| 7 | Assistant United States Attorney |
| 8 | Western District of Washington<br>United States Attorney's Office |
| 9 | 700 Stewart Street, Suite 5220 |
| 10 | Seattle, Washington 98101-1271<br>Phone:  206-553-7970 |
| 11 | Email: tricia.boerger@usdoj.gov |
| 12 | |
| 13 | *Attorneys for Defendant United States of America* |
| 14 | **SO STIPULATED** |
| 15 | |
| 16 | *s/*Richard L. Pope<br>RICHARD L. POPE, WSBA No. 21118 |
| 17 | Lake Hills Legal Services, P.C.<br>15600 N.E. 8th Street, Suite B1-358 |
| 18 | Bellevue, Washington 98008 |
| 19 | Phone: 425-829-5305<br>Email: rp98007@gmail.com |
| 20 | |
| 21 | *Attorney for Plaintiff* |

STIPULATED MOTION TO STAY
AND [PROPOSED] ORDER - 3
2:16-cv-01874-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

**SO STIPULATED**

*s/*Thomas B. Nedderman
THOMAS B. NEDDERMAN, WSBA No. 28944
WILLIAM J. DOW, WSBA No. 51155
Floyd, Pflueger & Ringer P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Phone: 206-441-4455
Email: tnedderman@floyd-ringer.com
　　　　wdow@floyd-ringer.com

*Attorneys for Individual Defendants*

**SO STIPULATED**

*s/*Jack W. Fiander
Jack W. Fiander, WSBA No. 13116
Towtnuk Law Offices, Ltd.
5808A Summitview Avenue, Ste. 97
Yakima, WA 98908
Phone: 509-961-0096
Email: Towtnuklaw@msn.com

*Attorney for Individual Defendants*

STIPULATED MOTION TO STAY
AND [PROPOSED] ORDER - 4
2:16-cv-01874-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

**ORDER**

Pursuant to the parties' motion, and the parties having stipulated and agreed, it is hereby **ORDERED** that all proceedings in this matter, except the individual defendants' motion for summary judgment (Dkt. No. 82) and its related pleadings, are stayed until Department of Justice attorneys are permitted to resume their usual civil litigation functions. However, should the Court direct or permit oral argument, and/or any type of discovery, and/or additional briefing, relating to the individual defendants' motion for summary judgment (Dkt. No. 82), the United States may request to fully participate and additional orders may be entered, if and as appropriate.

Dated this 24th day of January, 2019.

_____
Robert S. Lasnik
United States District Judge

*Presented by:*

BRIAN T. MORAN
United States Attorney


*s/ Tricia Boerger*
TRICIA BOERGER, WSBA No. 38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970
tricia.boerger@usdoj.gov
Attorneys for Defendant

STIPULATED MOTION TO STAY
AND [PROPOSED] ORDER - 5
2:16-cv-01874-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970