UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAJU T. DAHLSTROM,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. C16-1874RSL

ORDER LIFTING STAY

This matter comes before the Court on the federal government's notice of appropriations. The stay in the above-captioned case is hereby lifted. The case management deadlines remain unchanged.

Dated this 30th day of January, 2019.

    Robert S. Lasnik
    United States District Judge

ORDER LIFTING STAY - 1