Honorable J. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| RAJU A.T. DAHLSTROM, | CASE NO.  2:16-cv-01874-RSL |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE |
| v. | |
| UNITED STATES, | |
| Defendant. | Noted for Consideration: |
| | June 11, 2019 |

COME NOW the parties, by and through their respective counsel, stipulate and respectfully request that the Court extend the dispositive motion deadline by one week:

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Dispositive Motion Deadline | June 11, 2019 | June 18, 2019 |

Assistant United States Attorney Tricia Boerger, the attorney that has been litigating this case on behalf of the United States since 2017, is currently preparing for an upcoming trial commencing on July 1, 2019, as well as handling the rest of her litigation docket.  The undersigned Assistant United States Attorney was recently assigned to handle this case for the purpose of dispositive motion practice to provide assistance to Ms. Boerger.  The undersigned is currently reviewing the docket, including the Court's

Stipulated Motion for Extension of Dispositive Motion Deadline - 1
C16-1874 RSL

1   prior orders, pleadings, and discovery, to ensure accuracy of any motion filed with the

2   Court.   Moreover, it is likely that the undersigned will have to coordinate with multiple

3   federal agencies and potentially the Sauk-Suiattle Indian Tribe.  The current deadline to

4   file a dispositive motion is inadequate for completion of this review in light of the

5   undersigned's recent assignment.  However, a one-week extension would be sufficient

6   for any dispositive motion on the part of the United States to be prepared and filed.

7   Plaintiff's counsel has agreed to stipulate to the extension.

8          Accordingly, the parties stipulate to the extension and respectfully request a one-

9   week extension of the dispositive motion deadline.

10         This requested extension will not affect the scheduled trial date.

11

12  DATED this 11th day of June, 2019.

13

14  LAKE HILLS LEGAL SERVICES PC          BRIAN T. MORAN
                                          United States Attorney

15

16  s/ Richard Lamar Pope, Jr.            s/Michelle R. Lambert

17  Richard Lamar Pope, Jr., WSBA#21118   Michelle R. Lambert, NYS#4666657
    Lake Hills Legal Services PC          Assistant United States Attorney

18  1560 NE 8th Street, Suite B1-358      United States Attorney's Office

19  Bellevue, Washington 98008            1201 Pacific Ave, Suite 700
    Phone:  425-829-5305                  Tacoma, Washington 98402

20  Email:  Rp98007@gmail.com             Phone: 253-428-3824
                                          Email:  michelle.lambert@usdoj.gov

21
    Attorney for Plaintiff

22                                        Attorney for Defendant United States

23

24

25

26

27

28

Stipulated Motion for Extension of Dispositive Motion Deadline - 2
C16-1874 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

## [PROPOSED] ORDER

The parties having so stipulated and agreed, it is SO ORDERED.  The dispositive

3

motion deadline is extended to June 18, 2019.

4

5

Dated this 13ᵗʰ day of June, 2019.

6

7

8

ROBERT S. LASNIK
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Motion for Extension of Dispositive Motion Deadline - 3
C16-1874 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970