UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAJU A.T. DAHLSTROM,

                Plaintiff,

    vs.

UNITED STATES OF AMERICA,

                Defendant.

No. C16-1874RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On July 8, 2019, plaintiff filed an opposition to United States of America's motion for summary judgment which, taken as a whole, exceeds 50 pages in length. (Dkt. # 103). As of this date, a courtesy copy of these documents have not been provided for chambers.

    Plaintiff is hereby ORDERED to show cause, within five days of the date of this Order, why he should not be sanctioned for failure to comply with Local Rule 10(e)(9). Plaintiff shall immediately deliver a paper copy of the opposition and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

    DATED this 17ᵗʰ day of July, 2019.

_____
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE