1
2
3
4
5          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
6                   AT SEATTLE

7    RAJU T. DAHLSTROM,

8              Plaintiff,

9          v.                                    Case No.  C16-1874RSL

10   UNITED STATES OF AMERICA, *et al.*,          ORDER DENYING MOTION TO
                                                  ALTER OR AMEND JUDGMENT
11             Defendants.

12

13        On November 4, 2019, the Court dismissed plaintiff's wrongful discharge claim

14   against the United States, finding that the Sauk-Suiattle Indian Tribe was not a federal

15   actor for purposes of its employment decisions regarding plaintiff, making the waiver of

16   sovereign immunity contained in the Federal Tort Claims Act ("FTCA") inapplicable.

17   Plaintiff filed a timely motion to amend or alter the judgment (Dkt. # 118) in which he

18   again asserts that, in his role as the Tribe's Health & Social Service Director, he was

19   carrying out work encompassed by a federal contract or agreement under the Indian Self-

20   Determination and Education Assistance Act of 1975 ("ISDEAA").

21        The fact that a Tribal employee filling the role of Health and Social Service

22   Director could be deemed an employee of the Bureau of Indian Affairs ("BIA") for

23   purposes of the FTCA is irrelevant, however. The issue for purposes of the sovereign

24   immunity analysis is whether the alleged tortfeasor - not the injured party - was carrying

25   out the contract when it decided to terminate plaintiff's employment. Because plaintiff

26

has not shown that the Tribal Council was performing functions under an ISDEAA

contract when it terminated plaintiff's employment, the Tribal Council is not "deemed" to

be an employee of the BIA and the FTCA's waiver of sovereign immunity does not

apply. Plaintiff's motion to alter or amend the judgment in this matter is DENIED.


      Dated this 4th day of December, 2019.

Robert S. Lasnik
United States District Judge